# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** <br> **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.: 08-cv-243-bbc <br> 06-cr-88-jcs |
| **JULIO JOSE LEON SANCHEZ,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

<br>

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin            6/10/08
_____      _____
by Deputy Clerk                                   Date