IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                              MEMORANDUM

        Plaintiff,

                                                              08-cv-243-bbc
                                                              06-cr-88-jcs

    v.

JULIO JOSE LEON SANCHEZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on August 11, 2008, I granted defendant's request for leave to proceed in forma pauperis on appeal and a request for a certificate of appealabilty. Now defendant has filed a motion for appointment of counsel pursuant to 18 U.S.C. § 3006(A). Defendant must file his motion with the Court of Appeals for the Seventh Circuit, which

1

has jurisdiction over his case.

Entered this 25th day of August, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge